# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

COMMERCIAL CREDIT GROUP, INC.                              PLAINTIFF

v.                          No. 4:16CV00312 JLH

PROCESS, INC.; ABC SALVAGE & SCRAP
METAL, INC.; JOHN DOE 1;
and JOHN DOES 2-30                                             DEFENDANTS

## **ORDER**

Plaintiff's motion to dismiss this action is GRANTED. Document #97. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE